| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dan Shablai<br>7851 SouthLake Dr #7<br>Huntington Beach, CA 92647<br>714.843.1869 or 714 717.8355 cell | **FILED**<br>SEP 17 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:          Deputy Clerk |

☐ Individual appearing without attorney
☐ Attorney for:

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
Central DIVISION

In re: Dan Shablai

Debtor(s).

CASE NO: 8:10 bk 19720 ES
CHAPTER: 13

**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**
**[LBR 9075-1(b)]**

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: Motion to Vacate Dismissal

    b. Date of filing of motion: Sept 17, 2010

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*)

    a. Briefly specify the relief requested in the motion:
    I need case reopened because it should never have been dismissed because I had filed my Plan on Sept 3 ~~but the clerk~~
    The case needs to be Reopened so my house can not be sold on Sept 27 by the Bank.
    I need to be heard by the Judge in my case also she can make a Full at a later date Ruling to grant me ~~some~~ Relief From the Bank.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                   Page 1                            F 9075-1.1.APPLICATION

b.  Identify the parties affected by the relief requested in the motion:

Dan Shubtai
Bank of America Home Loans

c.  State the reasons necessitating a hearing on shortened time:

They want to sell my house on Sept 27, 2010 + I need to know if you are going to grant me the opportunity to be heard + if not I need to Refile BK so it will stop the Bank from selling the House + so my case can be heard!

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

I have to know if my case is open or closed so I can take action to protect myself from the Bank before Sept 27

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date: Sept 17, 2010

_____
Print Law Firm Name (if applicable)

Denise Hong as Attorney in fact          /s/ Denise Hong
_____  _____
Print Name of Individual Movant or Attorney for Movant    Signature of Individual Movant or Attorney for Movant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                    Page 2                    F 9075-1.1.APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge Smith
411 W 4th St Suite 5A
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sept 17, 2010          Denise Howe          /s/ Denise Howe
Date                    Type Name             Signature

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                Page 3                F 9075-1.1.APPLICATION

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) _Application for Order Setting hearing on_ was entered on the _Shortened Notice_ date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Dror Shabtai
7851 Southlake Dr # 7
Huntington Bch, CA 92647

US Trustee
411 W. 4th St. 9041
Santa Ana, CA
92701-4593

Trustee Amrane Cohen
770 The City Dr So Suite 3300
Orange CA 92868

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **9021-1.1.NOTICE.ENTERED.ORDER**