GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor/Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>DAN SHABTAI,<br><br>                Debtor | Case No. 10-19720-ES<br><br>Chapter 13<br><br>**NOTICE OF CONTINUED HEARINGS ON CHAPTER 13 341(A) MEETING OF CREDITORS AND CHAPTER 13 CONFIRMATION HEARING**<br><br>**Chapter 13 341(a) Meeting of Creditors:**<br>DATE:   April 5, 2011<br>TIME:   10:00 A.M.<br>PLACE:  United States Bankruptcy Court<br>        411 W. 4th Street<br>        Room 1-154<br>        Santa Ana, CA 92701<br><br>**Chapter 13 Confirmation Hearing:**<br>DATE:   April 26, 2011<br>TIME:   1:30 P.M.<br>PLACE:  United States Bankruptcy Court<br>        411 W. 4th Street<br>        Courtroom 5 A, 5th Floor<br>        Santa Ana, CA 92701 |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND TO ALL OTHER INTERESTED PARTIES:**

///

///

**PLEASE TAKE NOTICE** that Debtor's Chapter 13 341(a) Meeting of Creditors has been continued to April 5, 2011 at 10:00 a.m., in Room 1-154, located at 411 W. Fourth Street, Santa Ana, CA 92701 and Debtor's Chapter 13 Confirmation Hearing has been continued to April 26, 2011 at 1:30 p.m., in Courtroom 5 A, located at 411 W. Fourth Street, Santa Ana, CA 92701.

Respectfully submitted.

Dated:  March 4, 2011                                **GLOBAL CAPITAL LAW**

                                                _/s/  Gary Harre _____
                                                Gary Harre, Esq.
                                                Diane Beall, Esq.
                                                Attorneys for Debtor DAN SHABTAI

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Notice of Continued Hearings on Chapter 13 341(a) Meeting of Creditors and Chapter 13 Confirmation Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gary L Harre    ghcmecf@gmail.com
- Christopher O Rivas    crivas@reedsmith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith            Douglas Stern
411 W. Fourth Street, Suite 5041     Fidelity National Title Group, Inc.
Santa Ana, CA 92701                  17911 Von Karman Avenue, Suite 300
                                     Irvine, CA 92614

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on          I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 4, 2011 | Judi Cicco | /s/ Judi Cicco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF CONTINUED HEARINGS ON CHAPTER 13 341(A) MEETING OF CREDITORS
AND CHAPTER 13 CONFIRMATION HEARING**

- 3 -

**Service information continued**

**ANGELO MAZILO AND/OR MARK E ELBAUM - CFO**
COUNTRYWIDE HOME LOANS INC
1199 NORTH FAIRFAX STREET SUITE 500
ALEXANDRIA VA 22314

**BAC Home Loans Servicing LP**
400 Countrywide Way
Simi Valley, CA 93065

**BAC HOME LOANS SERVICING LP**
400 COUNTRYWIDE WAY
SIMI VALLEY CA 93065

**BANK OF AMERICA HOME LOANS**
PO BOX 10222
VAN NUYS CA 91410-0222

**BARBARA J DESOER PRESIDENT**
BANK OF AMERICA HOME LOANS
4500 PARK GRANADA CA7-910-03-01
CALABASAS CA 91302

**CHARLES H NOSKI CFO**
BANK OF AMERICA
100 N TRYON ST NC1-007-58-20
CHARLOTTE NC 28255

**CITY OF LOS ANGELES PBV PAYMENTS**
PO BOX 30420
LOS ANGELES CA 90030

**CITY OF NEWPORT BEACH**
PO BOX 3080
NEWPORT BEACH CA 92658

**Countrywide Bank**
400 Countrywide Way
Simi Valley, CA 93065

**COUNTRYWIDE BANK NA BRANCH 0000245**
1 PARK PLAZA
IRVINE CA 92614

**COUNTRYWIDE HOME LOANS**
CUSTOMER SERVICE SVB-314
PO BOX 5170
SIMI VALLEY CA 93062-5170

**COUNTRYWIDE HOME LOANS**
PO BOX 10229
VAN NUYS CA 91410-0229

**COUNTRYWIDE REMITTANCE PROCESSING**
PO BOX 10219
VAN NUYS CA 91410-0219

**NOTICE OF CONTINUED HEARINGS ON CHAPTER 13 341(A) MEETING OF CREDITORS
AND CHAPTER 13 CONFIRMATION HEARING**

**DENISE M HONC**
7851 SOUTHLAKE DR 7
HUNTINGTON BEACH CA 92647

**DEPARTMENT OF MOTOR VEHICLES**
PO BOX 942894
SACRAMENTO CA 94294-0894

**Green Glen HOA**
16845 Von Karmen Ave Ste #200
Irvine, CA 92606

**INSURANCE DEPARTMENT**
PO BOX 961206
FORT WORTH FTWX-22
FORT WORTH TEXAS 76161-0206

**JAMES F TAYLOR AND/OR GREG MARKARIAN CFO**
RECONTRUST COMPANY NA
1800 TAPO CANYON ROAD CA6-914-01
SIMI VALLEY CA 93063

**KEYSTONE PACIFIC PROPERTY MANAGEMENT**
GREEN GLEN HOA
16845 VON KARMEN AVESUITE 200
IRVINE CA 92606

**ORANGE COUNTY TAX COLLECTOR**
12 CIVIC CENTER PLAZA
SANTA ANA CA 92701

**PARKING VIOLATION BUREAU**
CITY OF LOS ANGELES
PO BOX 30420
LOS ANGELES CA 90030-0420

**RK ARNOLD CFO**
MORTGAGE ELECTRONIC REGISTRATION
PO BOX 2026
FLINT MI 48501-2026

**TAX DEPARTMENT SV-24**
PO BOX 10211
VAN NUYS CA 91499-6089

**NOTICE OF CONTINUED HEARINGS ON CHAPTER 13 341(A) MEETING OF CREDITORS AND CHAPTER 13 CONFIRMATION HEARING**

- 5 -