Pavel Ekmekchyan (SBN 223222)
Christopher O. Rivas (SBN 238765)
Monica J. Zi (SBN 245434)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:      +1 213 457 8080

Attorneys for Interested Parties BAC Home
Loans Servicing, LP; and Bank of America,
N.A. (successor-in-interest to Countrywide
Bank, N.A.)

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re

DAN SHABTAI,

        Debtor.

Case No. 8:10-BK-19720-ES

Chapter 13

**OBJECTION TO CHAPTER 13 PLAN**

Section 341(a) Meeting of Creditors:
Date:  April 5, 2011
Time:  10:00 a.m.
Hearing Room:  1-154

Confirmation Hearing:
Date:  April 26, 2011
Time:  1:30 p.m.
Place:  U.S. Bankruptcy Court
      Courtroom 5A
      411 West Fourth Street
      Santa Ana, CA 92701-4593

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 13 TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that BAC Home Loans Servicing, LP ("BACHL") and Bank of America, N.A. ("BANA"), successor-in-interest to Countrywide Bank, N.A., hereby object to the Second Amended Chapter 13 Plan filed by Debtor Dan Shabtai (the "Debtor"), to the extent such Plan purports to affect or alter any rights or remedies of BACHL or BANA pursuant to the following deeds of trust:

- That certain Deed of Trust executed by the Debtor for the benefit of lender BANA (as successor-in-interest to Countrywide Bank, N.A.), and recorded on December 13, 2006 as Instrument No. 2006000832375 in the official records of the office of the Recorder of Orange County ("First Deed of Trust"). An Assignment of Deed of Trust was recorded on January 13, 2010 as Instrument No. 2010000017711 in the official records of the office of the Recorder of Orange County, whereby BACHL is assigned all beneficial interest under the First Deed of Trust. The First Deed of Trust relates to certain real property located at 108 Coral Rose, Irvine, CA 92603-0101 (the "Property"). The First Deed of Trust and the Assignment of Deed of Trust is attached to the concurrently filed Request for Judicial Notice ("RJN") as **Exhibits 1** and **2**, respectively.

- That certain Deed of Trust and Assignment of Rents executed by the debtor for the benefit of lender BANA (as successor-in-interest to Countrywide Bank, N.A.), and recorded on December 13, 2006 as Instrument No. 2006000832376 in the official records of the office of the Recorder of Orange County ("Second Deed of Trust"). The Second Deed of Trust also relates to the Property. The Second Deed of Trust is attached to the concurrently filed RJN as **Exhibit 3**.

The Debtor has not made any post-petition payments to either BACHL or BANA. Moreover, the proposed Chapter 13 Plan makes no reference whatsoever to BACHL, BANA, the First Deed of Trust, or the Second Deed of Trust. Nor does the Plan provide for any payments to BACHL and BANA, who are secured creditors of the Property.

BACHL and BANA have also been informed that the Debtor has committed fraud against BACHL. Specifically, the Debtor *fraudulently* executed and recorded an "Assignment of Deed of Trust" by *misrepresenting* himself as an "Authorized Representative" of Mortgage Electronic Registration Systems, Inc. ("MERS"), the original nominee Beneficiary under the First Deed of Trust, purporting to assign all beneficial interest under the Deed of Trust to Denise M. Honc. This so-called Assignment was recorded on September 15, 2010 as Instrument No. 2010000457892 in the official records of the office of the Recorder of Orange County. The Debtor also *fraudulently* executed a "Modification of Deed of Trust" by *misrepresenting* himself as an "Authorized Representative" of Bank of America, purporting to "modify said deed of trust to correctly reflect the amount of indebtedness secured thereby to be zero dollars ($0.00)." This so-called "Modification of Deed of Trust" was recorded on September 20, 2010 as Instrument No. 2010000466278 in the official records of the office of the Recorder of Orange County. Based on the Debtor's fraudulent conduct, BACHL's secured claim may be non-dischargeable and BACHL reserves its rights to file a non-dischargeability action against the Debtor. The fraudulent "Assignment of Deed of Trust" and "Modification of Deed of Trust" are attached to the concurrently filed RJN as **Exhibits 4** and **5**, respectively.

Notwithstanding his apparently fraudulent conduct, the Debtor has also initiated an adversary proceeding against BACHL (Adversary Case No. 8:10-ap-01567), wherein he purports to challenge BACHL's secured claim over the Property and power to initiate the nonjudicial foreclosure process under the First Deed of Trust on the basis that the Assignment of Deed of Trust is void. The Debtor's claims, however, lack merit and BACHL intends to file a motion to dismiss the Debtor's First Amended Complaint.

BACHL and BANA reserve their rights to file a Motion for Relief from the Automatic Stay with respect to the Property so that they may exercise their rights and remedies pursuant to the First Deed of Trust and Second Deed of Trust. Furthermore, the adversary proceeding appears to be nothing more than a bad faith attempt by the Debtor to delay, hinder, and further defraud BACHL, which recorded a Notice of Trustee's Sale and is seeking to foreclose on the Property. Attached to the concurrently filed RJN as **Exhibit 6** is a true and correct copy of the duly recorded Notice of

1  Trustee's Sale, which has been continued pending an order granting BACHL relief from the

2  automatic stay.

3       Accordingly, BACHL and BANA object to the proposed Chapter 13 Plan to the extent the

4  Debtor intends such a Plan to modify or restrict BACHL and BANA's rights and remedies pursuant

5  to the First Deed of Trust and Second Deed of Trust, respectively.

6

7  DATED: March 29, 2011                 REED SMITH LLP

8

9                                        By   /s/ Christopher O. Rivas

10                                          Pavel Ekmekchyan
                                          Christopher O. Rivas

11                                           Monica J. Zi
                                          Attorneys for Interested Parties BAC Home Loans

12                                           Servicing, LP; and Bank of America, N.A.
                                          (successor in interest to Countrywide Bank, N.A.)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: Dan Shabtai | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-19720-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

355 South Grand Ave., Suite 2900, Los Angeles CA 90071

A true and correct copy of the foregoing document described <u>OBJECTION TO CHAPTER 13 PLAN</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 29, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Gary L Harre on behalf of Plaintiff Dan Shabtai
ghcmecf@gmail.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Yolanda Rodriguez | /s/Yolanda Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-3.1**