Vy T. Pham, Esq.
California Bar No. 249911
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 11-00794

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:10-BK-19720-ES |
| DAN SHABTAI, | Chapter 13 |
| Debtor. | **ASSOCIATION OF COUNSEL** |

I, Vy T. Pham, and the law firm of Miles, Bauer, Bergstrom & Winters, LLP, hereby associate in as counsel for Secured Creditor with respect to general bankruptcy matters.

The law firm of Reed Smith, LLP will continue to represent Secured Creditor with respect to adversary case number 10-01567.

MILES, BAUER, BERGSTROM & WINTERS, LLP

DATED: 04/22/11                    /s/ Vy T. Pham
                                   Vy T. Pham, Esq.
                                   Attorneys for Secured Creditor

This association is approved:

DATED:_____            _____
                                   Monica J. Zi
                                   Reed Smith, LLP
                                   Attorneys for Secured Creditor

1

04/21/2011 06:22:56 PM Rodriguez Yolanda Page 3
Case 8:10-bk-19720-ES    Doc 62    Filed 04/22/11    Entered 04/22/11 14:26:20    Desc
Main Document    Page 2 of 3

04-21-11   02:00pm   From-                              7144819144            T-108  P.002/002  F-310

1  Vy T. Pham, Esq.
   California Bar No. 249911
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1231 E. Dyer Road, Suite 100
3  Santa Ana, CA  92705
   (714) 481-9100 / FAX (714) 481-9144
4  File No. 11-00794

5  Attorneys for Secured Creditor,
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7
                    UNITED STATES BANKRUPTCY COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
                          SANTA ANA DIVISION
9
   In re:                                  Case No.: 8:10-BK-19720-ES
10
   DAN SHABTAI,                             Chapter 13
11
              Debtor.                       ASSOCIATION OF COUNSEL
12

13      I, Vy T. Pham, and the law firm of Miles, Bauer, Bergstrom & Winters, LLP, hereby

14  associate in as counsel for Secured Creditor with respect to general bankruptcy matters.

15      The law firm of Reed Smith, LLP will continue to represent Secured Creditor with

16  respect to adversary case number 10-01567.

17                                          MILES, BAUER, BERGSTROM & WINTERS, LLP

18

19  DATED:_____          _____
                                            Vy T. Pham, Esq.
20                                          Attorneys for Secured Creditor

21  This association is approved:

22  DATED: 4/21/11                          _____
                                            Monica J. Zi
23                                          Reed Smith, LLP
                                            Attorneys for Secured Creditor
24

                                           1

## PROOF OF SERVICE

I, __Estrella P. Tan__, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705.

On __April 22, 2011__, I served the within **ASSOCIATION OF COUNSEL** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Santa Ana, California, addressed as follows:

DEBTOR:
Dan Shabtai
108 Coral Rose
Irvine, CA 92603

ATTORNEY FOR DEBTOR:
Gary L. Harre
Global Capital Law PC
8700 Warner Ave., Suite 200
Fountain Valley, CA 92708

CHAPTER 13 TRUSTEE:
Amrane Cohen
770 The City Drive South, #3300
Orange, CA 92868

U.S. TRUSTEE:
United States Trustee (SA)
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

I certify that I am employed in the Office of a Member of the Bar at whose direction the Service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __April 22, 2011__, at Santa Ana, California.

/s/ Estrella P. Tan

11-00794/cdmisc.dot/lkh

2