# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Dan Shabtai
aka Dan Shabtai

**BANKRUPTCY NO.** 8:10–bk–19720–ES

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5259
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/28/11

**Address:**
108 Coral Rose
Irvine, CA 92603

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: April 28, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**63 / DER**